UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | Case No. 19-17160-TBM |
| | ) | |
| JENNIE A. MAES | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |

## MOTION TO WAIVE DEBTOR EDUCATION COURSE

COMES NOW, Robert S. Sutton, attorney for Debtor, Jennie A. Maes, and states to the Court the following:

1.     Debtor filed Chapter 13 bankruptcy on August 19, 2019.

2.     Debtor, Jennie A. Maes, was unable to complete her Credit Counseling Certificate because she has dementia. Her daughter, Juanita Maes, is her agent for her General Power of Attorney.

WHEREFORE, counsel for the Debtor, Jennie A. Maes, requests the Court to waive the debtor education requirement in this case.

DATED this 10th day of September, 2019.

Respectfully submitted,

/s/ Robert S. Sutton

_____
Robert S. Sutton, 43334
Attorney for Debtor
1746 Cole Blvd., Suite 225
Golden, CO 80401
(303) 277-1927
Fax: (303) 996-6605
Email:  attorney@suttonlawdenverwest.com