**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>JENNIE A. MAES,<br><br>Debtor. | Bankruptcy Case No. 19-17160 TBM<br><br>Chapter 13 |

## ORDER FOR COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the "Motion to Waive Debtor Education Course" (Docket No. 16, the "Motion") filed by the Debtor on September 10, 2019. The Court finds that the Debtor has failed to comply with 11 U.S.C. § 109(h)(4). Section 109(h)(4) authorizes the court to waive the requirement under 11 U.S.C. 109(h), if "the court determines, after notice and a hearing" that a debtor is unable to meet the requirements because of "incapacity, disability, or active military duty in a military combat zone."

Because section 109(h)(4) permits the determination by the court only after "notice and a hearing," L.B.R. 9013-1 applies. Debtor must mail a L.B.F. 9013-1.1 Notice to the Chapter 13 Trustee, the United States Trustee and any party who has filed an entry of appearance and request for notice in this case. Accordingly, it is hereby

ORDERED that on or before **September 16, 2019,** Debtor shall provide notice of the Motion as specified above, failing which the Motion shall be denied without further notice from the Court.

DATED this 12th day of September, 2019.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge