UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re ) | Case No. 19-17160-TBM | |
| ) | | |
| JENNIE A. MAES ) | | |
| ) | | |
| Debtor. ) | Chapter 13 | |

**MOTION TO DETERMINE AUTHORITY TO PROCEED**

COMES NOW, Robert S. Sutton, attorney for Debtor, Jennie A. Maes, and states to the Court the following:

1. Counsel was contacted in June by Debtor's daughter Juanita Maes contemplating a means to prevent her mother's house from being sold in a pending foreclosure action. She was advised that filing a chapter 13 bankruptcy may be the solution. She was also advised that a power of attorney would be needed if she were to proceed on her mother's behalf.

2. On July 3, 2019 Juanita Maes, emailed counsel a power of attorney prepared by attorney Nick Klimas. This power of attorney was not executed. Counsel reviewed and approved the form. (See Exhibit 1)

3. Juanita Maes proceeded with this office to prepare and file the current case. She provided to counsel's office an executed power of attorney, counsel did not realize that the power of attorney provided was different than the one reviewed on July 3, 2019. (See Exhibit 2)

4. On August 19, 2019 the case was filed.

5. On August 26, 2019 the executed power of attorney was uploaded to the trustee's office.

6. It became apparent after discussion with the Trustee that the power of attorney uploaded was not effective.

7. On October 10, 2019 the original power of attorney form, the version reviewed by counsel, was re-executed. Attorney Klimas provided an email stating the process for execution and a copy of an effective immediately power of attorney. (See Exhibit 3)

8. On October 19, 2019, Debtor began in-home hospice care. As her kidney function has declined.

9. Debtor wishes to remain in her home and can continue to make post-petition mortgage payments and chapter 13 plan payments.

    Wherefore, Debtor through counsel respectfully requests this Honorable Court to allow the case to proceed by and through her power of attorney agent Juanita Maes, Jennie Maes's daughter.

DATED this 18th day of November, 2019.

                                          Respectfully submitted,

                                          /s/ Robert S. Sutton

                                          _____

                                          Robert S. Sutton, 43334
                                          Attorney for Debtor
                                          1746 Cole Blvd., Suite 225
                                          Golden, CO 80401
                                          (303) 277-1927
                                          Fax: (303) 996-6605
                                          Email:  attorney@suttonlawdenverwest.com